IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE SOBILO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06 C 0543 |
| | ) | |
| LAWRENCE S. MANASSA, RIFFNER, | ) | Judge Castillo |
| BARBER, ROWDEN & SCOTT, LLC, a law firm, | ) | |
| and THOMAS M. GUREWITZ, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO
COMPLETE FACT DISCOVERY

Plaintiff Denise Sobilo by and through her attorneys for her motion for an extension of time to complete fact discovery, states as follows:

1. This is a legal malpractice action arising from defendants' representation of plaintiff in a divorce case.

2. On or about March 23, 2006, the parties filed their Rule 26(f) Planning Meeting Report.

3. On or about March 28, 2006, this court entered an order that discovery was to be completed by August 31, 2006. The court did not set dates for expert disclosure, dispositive motions, or for the filing of the final pretrial order.

4. This is a very complicated matter and has required that the parties obtain records from numerous sources and depose many non-parties. Discovery has been further complicated

1

by the fact that plaintiff's former husband was a sophisticated businessman who absconded to Egypt with approximately $2 million or more dollars of marital funds and thus, reconstructing his income, assets, and businesses transactions has been very time consuming and difficult.

5. The parties have been extremely diligent in conducting and undertaking discovery.

6. There has been some delay in obtaining bank records due to the fact that some of the bank records were in storage and the fact that at least one of the banks had changed hands.

7. The parties have noticed nineteen depositions and have taken the following depositions: Ivanka Verkmann, Advance Bank f/k/a Charter One Bank (records only), Foster Bank (records only), Thomas M. Gurewitz, Patricia Cornell, Rule 30(b)(6) of Citizens Bank & Trust Co., Althier Realty, Joseph Ravago, Emma Rodriguez, Mercury Title Company (records only), Chicago Title Company (records only), Sherwin Winer, First Midwest Bank, and Ted Korshak.

8. The following depositions are noticed and scheduled to occur before August 31, 2006: Larry Manassa, Denise Sobilo, Ehab Farag, Maria Avila, and Sami Rageb.

9. Carmelo Roman was served with a subpoena but failed to appear. A petition for rule has or will be filed.

10. Hundreds of documents have been produced in discovery.

11. In spite of the diligence of all parties, there remain a few outstanding matters which need to be completed before discovery closes.

12. Plaintiff is asking an extension of time until September 30, 2006 to assure that all bank records regarding plaintiff's former husband have been produced and to obtain the Rule 30(b)(6) depositions of Foster Bank and Advance Bank to authenticate the documents

which have been produced by each bank and to depose the corporate entities regarding transactions of plaintiff's former husband and his businesses.

13      Accordingly, plaintiff asks that the close of fact discovery be extended until September 30, 2006 and that all other cut-off dates be adjusted accordingly.

14.     This is the first request for an extension of time.

WHEREFORE Plaintiff respectfully requests that this court enter an order extending the discovery cut-off date to September 30, 2006. Plaintiff asks for such other and further relief as may be just and equitable.

> Respectfully submitted,
>
> DENISE SOBILO
>
> ___/s/ Julie A. Boynton_____
> By: one of her attorneys

Donald L. Johnson #1342460
Julie A. Boynton #6227529
Joseph Gentleman
33 N. Dearborn, Suite 1401
Chicago, IL 60602
312/263-7000